UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV-21562-UNGARO/OTAZO-REYES

ADANA INVESTING, INC.,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,
WELLS FARGO ADVISORS, LLC,
BENJAMIN RAFAEL,
HERNAN BERMUDEZ,
and PAUL ZOCH,

    Defendants.
_____/

## WELLS FARGO BANK, N.A.'S MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPTS UNDER SEAL

Pursuant to Local Rule 5.4 and the Confidentiality Agreement, dated September 26, 2016, by and between Plaintiff Adana Investing, Inc. ("Adana") and Defendants, Wells Fargo Bank, N.A. ("Wells Fargo"), Wells Fargo Advisors, LLC, Benjamin Rafael, Hernan Bermudez and Paul Zoch (collectively, the "Parties') (the "Confidentiality Agreement"), Wells Fargo respectfully submits this motion for leave to file under seal certain information submitted in support of Wells' Fargo's Motion for Summary Judgment (the "Motion for Summary Judgment").

Pursuant to the Confidentiality Agreement, information may be designated Confidential if the designating party reasonably believes the information should be maintained confidential because it falls within one or more of the following non-exclusive categories: (1) information prohibited from disclosure by statute or the Florida Constitution; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has

maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (g) personnel or employment records. Once information has been designated confidential, it may not be disclosed to the public at large, and a party wishing to submit the designated information to the Court must obtain an Order granting a Motion to Seal.

In Section 2 of the Confidentiality Agreement, the Parties agreed that transcribed deposition testimony may be designated as Confidential within thirty (30) calendar days after receipt of the transcript, and that the entire transcript shall be deemed Confidential during the 30-day period following receipt of the transcript, after which time only the designated portions will be treated as Confidential. Accordingly, any party who wishes to file any confidential portion of a deposition transcript must either obtain an Order granting a Motion to Seal, or provide ten (10) business days' written notices of the pages to the designating party to allow the designating party to have the pages filed under seal.

In connection with its Motion for Summary Judgment, Wells Fargo intends to rely on a number of deposition transcripts, including the depositions of: (1) Robb Klein; (2) Simon Groom; (3) Graham Shear; (4) Simon Clarke; (5) Edmund Ross Marroso; and (6) Amanda Granzella. Each of these transcripts has either been designated as Confidential, or the time for making such a designation has not yet expired, so they are deemed Confidential pursuant to the Confidentiality Agreement. However, the Court will require access to these deposition transcripts to rule on Wells Fargo's Motion for Summary Judgment. Accordingly, by this motion, Wells Fargo seeks leave to file the following information under seal, which has been designated confidential pursuant to the Confidentiality Agreement:

| **Designated Information** | **Designating Party** |
|---|---|
| Deposition transcript of Robb Klein, filed in support of Motion for Summary Judgment | Adana |
| Deposition Transcript of Simon Groom, filed in support of Motion for Summary Judgment | Adana |
| Deposition transcript of Graham Shear, filed in support of Motion for Summary Judgment | Adana |
| Deposition transcript of Simon Clarke, filed in support of Motion for Summary Judgment | Adana |
| Deposition transcript of Edmund Ross Marroso, filed in support of Motion for Summary Judgment | Wells Fargo |
| Deposition transcript of Amanda Granzella, filed in support of Motion for Summary Judgment | Wells Fargo |

The Court may seal portions of the record upon showing of "good cause." *See* Fed. R. Civ. P. 26(c)(1)(G) (authorizing court, for good cause, to "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including […] requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way. Here, the Designated Information is deposition testimony which either has been designated as Confidential pursuant to the Confidentiality Agreement, or for which the time to make such a designation has not yet expired. To the extent that the Court requires additional information before ruling on this Motion, Adana and Wells Fargo should be provided an opportunity to justify the sealing of the Designated Information.

Pursuant to Local Rule 5.4, Wells Fargo requests that the Designated Information be maintained under seal until the earlier of: (1) an order unsealing the documents; or (2) the conclusion of the case, including any appeals. In accordance with Local Rule 5.4, concurrently

with this Motion, Wells Fargo is filing the proposed sealed documents and redacted versions of the deposition transcripts in the public record.

For the foregoing reasons, Wells Fargo respectfully requests that the Court grant this Motion, and maintain the Designated Information under seal until the earlier of: (1) an order unsealing the documents; or (2) the conclusion of the case, including any appeals.

Respectfully submitted,

/s/ Stephanie Leuthauser
Charles M. Harris, Jr. – FBN: 967459
(Lead Trial Counsel)
charris@trenam.com; gkesinger@trenam.com
Beth A. Cronin – FBN: 0054933
bcronin@trenam.com; slord@trenam.com
Stephanie Leuthauser – FBN: 44981
sleuthauser@trenam.com; jamer@trenam.com
**TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.**
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
727-896-7171 / 727-822-8048 (facsimile)
*Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will forward a copy of the foregoing, together with the notice of electronic filing of same, via email to all counsel of record on the Service List below and a true and correct copy was sent via U.S. Mail to Benjamin Rafael, 11111 Biscayne Boulevard, Unit 1900, Miami, FL 33181 on this 24th day of February, 2017.

/s/ Stephanie Leuthauser
Attorney

## SERVICE LIST

**Adana Investing, Inc. v. Wells Fargo Bank, N.A., et. al.**
**Case No. 1:16-cv-21562- UNGARO/OTAZO-REYES**
**United States District Court, Southern District of Florida**

John D. Couriel, Esq.
Stephanie L. Hauser, Esq.
Kobre & Kim LLP
2 South Biscayne Boulevard, 35th Floor
Miami, FL 33131
john.couriel@kobreim.com
stephanie.hauser@kobrekim.com
*Counsel for Plaintiff*

Barbara J. Riesberg, Esq.
RiesbergLaw
Biscayne Bank Tower, Suite 1100
2601 South Bayshore Drive
Miami, FL 33133
barbara@riesberglaw.com
*Counsel for Defendant Hernan Bermudez*

Beth A. Black, Esq.
Joseph A. Vallo, Esq.
Eva Spahn, Esq.
Greenberg Traurig LLP
blackb@gtlaw.com
hernandezt@gtlaw.com
valloj@gtlaw.com
tousap@gtlaw.com
spahne@gtlaw.com
FLService@gtlaw.com
777 South Flagler Drive, Suite 300 E
West Palm Beach, FL  33401
*Counsel for Defendants Wells Fargo Advisors, LLC and Paul Zoch*