UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21562-UU

ADANA INVESTING, INC.,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

_____ /

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Adana Investing, Inc. and Defendants Wells Fargo Bank, N.A. (the "Bank"), Wells Fargo Advisors LLC ("WFA"), Benjamin Rafael, Hernan Bermudez, and Paul Zoch, hereby stipulate that this action is dismissed <u>with prejudice</u> as to all of Plaintiff's claims against any and all Defendants, each party to bear its own attorney fees and costs. The undersigned counsel for the Plaintiff represents that counsel for all Defendants have agreed and authorized that this Stipulation may be filed by counsel for the Plaintiff on behalf of both the Plaintiff and the Defendants.

Dated: June 19, 2017

Respectfully submitted,

s/ John D. Couriel
John D. Couriel, Esq.
Stephanie L. Hauser, Esq.
**Kobre & Kim LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
john.couriel@kobreim.com
stephanie.hauser@kobrekim.com
*Counsel for Plaintiff*

s/ Barbara J. Riesberg
Barbara J. Riesberg, Esq.
**RiesbergLaw**
Biscayne Bank Tower, Suite 1100
2601 South Bayshore Drive
Miami, FL 33133
barbara@riesberglaw.com
*Counsel for Defendant Hernan Bermudez*

s/ Rhonda Anne Anderson
Rhonda Anne Anderson
**Rhonda A. Anderson PA**
2655 LeJeune Road
Suite 540
Coral Gables, FL 33134
randersonlaw@gmail.com
*Counsel for Defendant Benjamin Rafael*

s/ Beth A. Black
Beth A. Black, Esq.
Joseph A. Vallo, Esq.
Eva Spahn, Esq.
**Greenberg Traurig LLP**
blackb@gtlaw.com
valloj@gtlaw.com
spahne@gtlaw.com
777 South Flagler Drive, Suite 300 E
West Palm Beach, FL 33401

*Counsel for Defendants Wells Fargo Advisors, LLC and Paul Zoch*

s/ Eric Bilik
R. Eric Bilik (Fla. Bar. No. 0987840)
ebilik@mcguirewoods.com
**McGuireWoods LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Mary Hackett (*admitted pro hac vice*)
mhackett@mcguirewoods.com
K. Issac deVyver (*admitted pro hac vice*)
kdevyver@mcguirewoods.com
Jarrod D. Shaw (*admitted pro hac vice*)
jshaw@mcguirewoods.com
**McGuireWoods LLP**
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
412-667-6000 / 412-667-6050 (facsimile)

Mark Kinghorn (*admitted pro hac vice*)
William O. L. Hutchinson (*admitted pro hac vice*)
**McGuireWoods LLP**
Fifth Third Center
201 North Tryon Street
Suite 3000
Charlotte, NC 28202

- 3 -

704-343-2000 / 704-343-2300 (facsimile)

Charles M. Harris, Jr.
charris@trenam.com;
Beth A. Cronin
bcronin@trenam.com
Stephanie Leuthauser
sleuthauser@trenam.com
**Trenam, Kemker, Scharf, Barkin,**
**Frye, O'Neill & Mullis, P.A.**
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
*Counsel for Defendant Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on June 19, 2017, with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the following Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John D. Couriel
John D. Couriel

**SERVICE LIST**

Joseph A. Vallo (valloj@gtlaw.com)
Beth A. Black (blackb@gtlaw.com)
Eva Spahn (spahne@gtlaw.com)
GREENBERG TRAURIG LLP
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
*Counsel for Defendants Wells Fargo Advisors, LLC and Paul Zoch*

Barbara J. Riesberg
(Barbara@riesberglaw.com)
RIESBERGLAW
2601 South Bayshore Drive, Suite 1100
Miami, FL 33133
*Counsel for Defendant Hernan Bermudez*

Robert E. Bilik (ebilik@mcguirewoods.com)
MCGUIRE WOODS LLP
50 N Laura Street
Suite 3300, PO Box 4099
Jacksonville, FL 32201-4099
*Counsel for Defendant Wells Fargo Bank, N.A.*

Rhonda A. Anderson
(randersonlaw@gmail.com)
RHONDA A. ANDERSON, P.A.
2655 LeJeune Road, Suite 540
Coral Gables, FL 33134
*Counsel for Defendant Benjamin Rafael*

Justin L. Dees (jdees@trenam.com)
Charles M. Harris (charris@trenam.com)
Stephanie S. Leuthauser
(sleuthauser@trenam.com)
Beth A. Cronin (bcronin@trenam.com)
TRENAM KEMKER
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
*Counsel for Defendant Wells Fargo Bank, N.A.*

Jarrod D. Shaw (jshaw@mcguirewoods.com)
K. Isaac de Vyver
(kdevyver@mcguirewoods.com)
MCGUIRE WOODS LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
*Counsel for Defendant Wells Fargo Bank, N.A.*

Mark W. Kinghorn
(mkinghorn@mcguirewoods.com)
William O.L. Hutchinson
(whutchinson@mcguirewoods.com)
MCGUIRE WOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
*Counsel for Defendant Wells Fargo Bank, N.A.*