UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21562-UU

ADANA INVESTING, INC.,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Stipulation of Dismissal. D.E. 563.

THIS COURT has reviewed the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41, all claims are DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that Settling Parties' Motion to Extend Dismissal Deadline by Three Business Days (D.E. 562) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf